793 A.2d 713

JOANE BROWN, PLAINTIFF–APPELLANT, AND PETER PRYOR, LENORE BENEFIELD, AND ERIC PRYOR, PLAINTIFFS, v. FELIX GARCIA, M.D., COOPER HOSPITAL/UNIVERSITY MEDICAL CENTER, MARY ELIZABETH PALKON–KRYTZER, R.N., SANDRA BALDWIN, R.N., STEPHEN G. SCHULTZ, R.N., KARLA SANGATALDO, R.N., LISA O'LEARY, R.N., JOSEPH HEETHER, M.D., JOEL LORENZ, CRNA AND THOMAS CARRIG, M.D., DEFENDANTS–RESPONDENTS.

December 14, 2001.

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

793 A.2d 713

STATE OF NEW JERSEY, PLAINTIFF, v. FRED NEULANDER, DEFENDANT–RESPONDENT.

February 6, 2002.

## ORDER

Leave to appeal is granted.